```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
                      (HONORABLE CYNTHIA IMBROGNO)

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )   No. CR-10-069-RMP
                               )
   vs.                         )   ORDER GRANTING UNOPPOSED
                               )   MOTION TO MODIFY CONDITIONS
                               )   OF RELEASE AND PERMITTING
                               )   TRAVEL
MATTHEW TUTT,                  )
                               )
              Defendant.       )
                               )
```

Pending before the court is Defendant Matthew Tutt's unopposed Motion to Modify Conditions of Pretrial Release. For good cause shown, Mr. Tutt's Motion **(Ct. Rec. 28)** is **GRANTED**. Mr. Tutt shall be permitted to travel on the following dates:

August 15- August 29, 2010 (approximate dates) - 100 Mile, B.C.

Prior to travel, Mr. Tutt shall finalize all dates and travel plans with United States Probation Officer Kennicutt.

**IT IS SO ORDERED.**

DATED July 14, 2010.

```
                         S/ CYNTHIA IMBROGNO
                      UNITED STATES MAGISTRATE JUDGE
```